JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REBEL MEDIA LTD., a United Kingdom entity; NO GOOD ENTERTAINMENT, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br>　　　v.<br>JAY VIR, an individual also known as "JAY R. VIR" and "JANAK VIBHAKAR"; NO GOOD DIGITAL, INC., a California corporation; and DOES 1 through 10, inclusive,<br>　　　　　　Defendants. | Case No. CV 12-04602-R-JC<br><br>**ORDER ON STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AS TO ALL PARTIES, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| JAY VIR, an individual; and NO GOOD DIGITAL, INC., a California corporation,<br><br>　　　　　　Counterclaimants,<br>　　　v.<br>REBEL MEDIA LTD., a United Kingdom entity; NO GOOD ENTERTAINMENT, INC., a California corporation; KOUROSH TAJ, and individual; CHRISTIAN HERLES, and individual; and ROES 1 through 10 inclusive,<br>　　　　　　Counterdefendants. | Complaint Filed:　　May 25, 2012<br>Counterclaims Filed:　July 13, 2012 |

SMRH:408917597.1

1 | The Court has considered the *Stipulation Of All Parties Re Dismissal Of Entire Action, With Prejudice As To All Parties, Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)* submitted in this action and finds that good cause exists for granting the request therein.   Therefore, IT IS HEREBY ORDERED as follows:

   1.   This entire action, and all claims, counterclaims, demands, defenses, and causes of action asserted in it, is hereby dismissed with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

   2.   Each party shall bear his or its own attorneys' fees and costs incurred in connection with this action.

Dated:  July 18, 2013

_____
HON. MANUEL L. REAL, JUDGE OF THE UNITED STATES DISTRICT COURT

*Submitted By*:

SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  (310) 228-3700
Facsimile:   (310) 228-3701
E-mail:        kraygor@sheppardmullin.com
   *Attorneys for Plaintiffs and Counterdefendants*
   REBEL MEDIA LTD. and NO GOOD
   ENTERTAINMENT, INC. *and Counterdefendants*
   KOUROSH TAJ *and* CHRISTIAN HERLES

KAWAHITO SHRAGA & WESTRICK LLP
DAVID R. SHRAGA, Cal. Bar No. 229098
1990 South Bundy Drive, Suite 280
Los Angeles, California  90025
Telephone:  (310) 746-5300
Direct:         (310) 746-5301
Facsimile:   (310) 593-2520
E-mail:        dshraga@kswlawyers.com
   *Attorneys for Defendants and Counterclaimants*
   JAY VIR *and* NO GOOD DIGITAL, INC.

408917597.1